IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| IN RE: | ) | Case No. BK 25-81226 |
| | ) | Chapter 11 |
| HANSEN-MUELLER, INC., | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE**

COMES NOW Sam P, King of Croker Huck Law Firm, and enters his appearance on behalf of BMO Bank N.A., Creditor, and further requests copies of all notices filed in the above-captioned matter to be sent to the undersigned, including notices pursuant to Rule 2002(i), and that the following to be added to the Court's master mailing list:

Sam P. King, Esq.
Croker Huck Law Firm
2120 South 72nd Street, Suite 1200
Omaha, Nebraska  68124
(402) 391-6777
(402) 390-9221 (fax)
sking@crokerlaw.com

DATED this 17th day of November, 2025.

BMO BANK N.A., Creditor

By: */s/ Sam P. King*
    Robert M. Gonderinger, #16840
    Sam P. King, #19442
    Croker Huck Law Firm
    2120 South 72nd Street, Suite 1200
    Omaha, NE  68124
    (402) 391-6777
    (402) 390-9221 (Fax)
Attorneys for BMO Bank N.A., Creditor

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on the 17th day of November, 2025, I caused the above document to be filed in the Bankruptcy Court's CM/ECF system which gave notification electronically upon all parties who filed an appearance or requested notice by electronic filing in this case, and I hereby certify that I have mailed by first class United States mail, postage prepaid, the document to the following non-CM/ECF participants:

None

 /s/ Sam P. King
Sam P. King, #19442

01304313.DOCX