UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| In re: | Case No. 25-81226 |
| HANSEN-MUELLER CO.,[1] | Chapter 11 |
| Debtor. | |

### DEBTOR'S MOTION TO SEAL

Hansen-Mueller Co., as debtor and debtor-in-possession (the "Debtor") in the above-referenced Chapter 11 case (the "Case"), hereby moves this Court for an Order permitting the Debtor to file under seal the key employee incentive plan (the "KEIP") and the key employee retention plan (the "KERP") referenced in the *Debtor's Motion for Entry of an Order (I) Authorizing the Debtor to Implement a Key Employee Incentive Plan and a Key Employee Retention Plan and (II) Granting Related Relief* (Doc. 27). In support this Motion to Seal, the Debtor states:

1. Sealing the KEIP and KERP is necessary to protect the confidentiality of sensitive compensation information. Public disclosure of the specific terms, amounts, and identities associated with the KEIP and KERP would place the Debtor at a significant competitive disadvantage. Such information could be exploited by competitors seeking to recruit or poach the Debtor's key personnel, thereby undermining the very purpose of the incentive and retention plans.

2. Moreover, disclosure could disrupt employee morale and retention efforts at a critical juncture in the Debtor's Chapter 11 case. Accordingly, the Debtor believes that sealing

---

[1] The Debtor in this chapter 11 case, along with the last four digits of Debtor's federal tax identification number, is: Hansen-Mueller Co. (9385). Debtor's location is 13321 California Street, Suite 100, Omaha, NE 68154.

these documents is essential to preserve the integrity of its workforce and to maximize the value of the estate for all stakeholders.

**WHEREFORE**, the Debtor respectfully requests that the Court enter an order directing the Debtor to file the KEIP and KERP agreements and plans under Seal and directing Debtor to provide the KEIP and KERP agreements and plans to counsel for parties who agree to maintain their confidentiality.

DATED this 17th day of November, 2025.

HANSEN-MUELLER CO., Debtor,

By: */s/ Brian J. Koenig*
Brian J. Koenig, #23807
Donald L. Swanson, #16385
Trevor J Lee, #27063
KOLEY JESSEN P.C., L.L.O.
1125 South 103rd Street, Suite 800
Omaha, NE 68124
(402) 390-9500
(402) 390-9005 (fax)
Brian.Koenig@koleyjessen.com
Don.Swanson@koleyjessen.com
Trevor.Lee@koleyjessen.com