UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| In re: | Case No. 25-81226 |
| HANSEN-MUELLER CO.,[1] | Chapter 11 |
| Debtor. | |

**9013-1 NOTICE OF FILING AND NOTICE SETTING OBJECTION/RESISTANCE DEADLINE REGARDING DEBTOR'S MOTION FOR ENTRY OF AN ORDER (I) AUTHORIZING THE DEBTOR TO IMPLEMENT A KEY EMPLOYEE INCENTIVE PLAN AND A KEY EMPLOYEE RETENTION PLAN AND (II) GRANTING RELATED RELIEF**

**PLEASE TAKE NOTICE** that on November 17, 2025, Debtor Hansen-Mueller Co. and debtor-in-possession (the "Debtor") in the above-referenced chapter 11 case (the "Case"), filed *Debtor's Motion for Entry of an Order (I) Authorizing the Debtor to Implement a Key Employee Incentive Plan and a Key Employee Retention Plan and (II) Granting Related Relief* (the "KERP/KEIP Motion") (Doc. 27) and *Debtor's Motion to Shorten Notice for Debtor's Motion for Entry of an Order (I) Authorizing the Debtor to Implement a Key Employee Incentive Plan and a Key Employee Retention Plan and (II) Granting Related Relief* (the "Shorten Notice Motion") (Doc. 28) with the United States Bankruptcy Court for the District of Nebraska (the "Bankruptcy Court"). On November 17, 2025, the Bankruptcy Court granted the Shorten Notice Motion, shortening the deadline to object / resist to the KERP/KEIP Motion to seven (7) calendar days (Doc. 35).

---

[1] The Debtor in this chapter 11 case, along with the last four digits of Debtor's federal tax identification number, is: Hansen-Mueller Co. (9385). Debtor's location is 13321 California Street, Suite 100, Omaha, NE 68154.

1

**PLEASE TAKE FURTHER NOTICE** that any objection or resistance with respect to the KERP/KEIP Motion must be filed on or before **November 25, 2025** with the United States Bankruptcy Court, for the District of Nebraska, Roman L. Hruska Courthouse, 111 South 18th Plaza, Suite 1125, Omaha, Nebraska 68102 and served on (i) counsel to Debtor, Koley Jessen P.C., L.L.O., 1125 S. 103rd Street, Suite 800, Omaha, Nebraska, Attn: Brian J. Koenig, Donald L. Swanson and Trevor J Lee; (ii) the U.S. Trustee, and (iii) any other entity designated by the Bankruptcy Court.

**IF ANY OBJECTIONS** are filed on or before the date set above, the Clerk of the Bankruptcy Court will schedule a hearing thereon pursuant to Neb. R. Bankr. Proc. 9013.

**IF NO OBJECTION OR RESISTANCE** is filed on or before the date set forth above, the Bankruptcy Court may enter an order on the KERP/KEIP Motion without further notice or opportunity to be heard.

DATED this 18th day of November, 2025.

HANSEN-MUELLER CO., Debtor,

By: /s/ *Brian J. Koenig*
Brian J. Koenig, #23807
Donald L. Swanson, #16385
Trevor J Lee, #27063
KOLEY JESSEN P.C., L.L.O.
1125 South 103rd Street, Suite 800
Omaha, NE 68124
(402) 390-9500
(402) 390-9005 (fax)
Brian.Koenig@koleyjessen.com
Don.Swanson@koleyjessen.com
Trevor.Lee@koleyjessen.com