IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | |
| | ) | Case No. BK-25-81226-TLS |
| HANSEN-MUELLER CO., | ) | |
| | ) | **Chapter 11** |
| Debtor. | ) | |

### ENTRY OF APPEARANCE AND REQUEST FOR NOTICE

Benjamin E. Moore of the law firm of Rembolt Ludtke LLP hereby enters his appearance on behalf of Brian Schafer, party in interest, pursuant to Bankruptcy Rule 2002, and hereby requests that any and all notices in the above-captioned matter be sent to:

> Benjamin E. Moore
> Rembolt Ludtke LLP
> 3 Landmark Centre
> 1128 Lincoln Mall, Suite 300
> Lincoln, NE 68508
> bmoore@remboltlawfirm.com

Dated: December 9, 2025.

BRIAN SCHAFER, party in interest

By:    REMBOLT LUDTKE LLP
       1128 Lincoln Mall, Suite 300
       Lincoln, Nebraska 68508
       (402) 475-5100

By:    /s/ Benjamin E. Moore
       Benjamin E. Moore (#24173)
       bmoore@remboltlawfirm.com

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on December 9, 2025, he caused a true and correct copy of the foregoing to be filed with the Clerk of the Bankruptcy Court using the CM/ECF system and relies upon the same to send notice to those parties in interest.

/s/ Benjamin E. Moore
Benjamin E. Moore (#24173)

4936-9529-5355, v. 1