Fill in this information to identify the case:

Debtor name: **Hansen-Mueller Co**
United States Bankruptcy Court for the: **DISTRICT OF NEBRASKA**
Case number (if known): **25-81226**

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Agmark LLC<br>118 W Main<br>Beloit, KS 67420 | | | | | | $2,097,148.12 |
| Alliance Ag & Grain, LLC<br>313 N. Main<br>Spearville, KS 67876 | | | | | | $1,065,342.50 |
| Cargill<br>PO Box 5614<br>Minneapolis, MN 55440 | | | | | | $2,571,312.90 |
| Chisholm Trail Terminal<br>PO Box 46<br>Medford, OK 73759 | | | | | | $1,022,480.00 |
| CHS Inc.<br>5500 Cenex Drive<br>Inver Grove Heights, MN 55077 | | | | | | $815,260.40 |
| COFCO International Grains US, LLC<br>One Tower Lane<br>Oakbrook Terrace, IL 60181 | | | | | | $757,469.10 |
| Comark<br>PO Box 947<br>Enid, OK 73702 | | | | | | $1,306,337.30 |
| Farmers Coop Grain & Supply<br>PO Box 337<br>Trenton, NE 69044 | | | | | | $891,461.30 |
| Farmers Grain Terminal, Inc.<br>PO Drawer 1796<br>Greenville, MS 38702-1796 | | | | | | $1,186,364.40 |

Official form 204     Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims     page 1

| Debtor | Hansen-Mueller Co | Case number (if known) | 25-81226 |
|---|---|---|---|
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Frontier Ag Inc. PO Box 998 Goodland, KS 67735 | | | | | | $775,887.60 |
| Growmark Inc.-Lakeside Grain Trading LLC 1701 Towanda Avenue Bloomington, IL 61702-2500 | | | | | | $2,382,214.80 |
| Home City Grain Inc. 200 S Elm Street Home, KS 66438 | | | | | | $769,431.21 |
| John A. Guimbellot 196 Oak Grove Church Road Winnsboro, LA 71295 | | | | | | $753,712.30 |
| Lagniappe Planting Co. 241 W Lakeview Drive Yazoo City, MS 39194 | | | | | | $721,344.47 |
| Producer AG LLC 201 N. 8th Street Lincoln, NE 68508 | | All corn, wheat, and other grain sold | | | | $1,321,408.90 |
| ShawNuff 343 McHenry Gin Road Monroe, LA 71202 | | | | | | $1,233,151.60 |
| Stafford County Flour Mills Co. 108 S Church St Hudson, KS 67545 | | | | | | $636,240.70 |
| Viserion Grain LLC 385 Broadway Street Boulder, CO 80305 | | | | | | $986,301.90 |
| Viterra Canada Inc. 2625 Victoria Avenue Regina, Canada S4T 7T9 | | | | | | $4,646,729.30 |
| West Plains LLC 14238 Hillsdale Circle Omaha, NE 68137 | | | | | | $638,998.28 |