UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEBRASKA

In re:                                                    Case No. 25-81226

HANSEN-MUELLER CO.,[1]                                    Chapter 11

                Debtor.

**9013-1 NOTICE OF FILING AND NOTICE SETTING OBJECTION/RESISTANCE DEADLINE REGARDING DEBTOR'S OMNIBUS OBJECTION TO CERTAIN CLAIMS FILED PURSUANT TO 11 U.S.C. § 557 PROCEDURES**

---

**CREDITORS RECEIVING THE DEBTOR'S OMNIBUS OBJECTION TO CERTAIN CLAIMS FILED PURSUANT TO 11 U.S.C. § 557 PROCEDURES SHOULD LOCATE THEIR NAMES AND THEIR CLAIM(S) IN THE EXHIBITS ATTACHED TO THE OMNIBUS OBJECTION.**

---

**YOUR SUBSTANTIVE RIGHTS MAY BE AFFECTED BY THE OMNIBUS OBJECTION AND BY ANY FURTHER OBJECTION THAT MAY BE FILED AGAINST YOUR CLAIM(S).**

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

1.      On February 23, 2026, the United States Bankruptcy Court for the District of Nebraska (the "Bankruptcy Court") entered the *Scheduling Order Establishing Deadlines and Procedures for Determining Rights, Ownership Interests, Liens, Security Interests, and All Other Interests in and to Grain and Proceeds of Grain Under 11 U.S.C. § 557* (Doc. 412) (the "Scheduling Order"), setting forth certain procedures and deadlines associated with claims made under 11 U.S.C. § 557.

---

[1] The Debtor in this chapter 11 case, along with the last four digits of Debtor's federal tax identification number, is: Hansen-Mueller Co. (9385). Debtor's location is 13321 California Street, Suite 100, Omaha, NE 68154.

1

2. On March 3, 2026, Hansen-Mueller Co., debtor and debtor-in-possession (the "Debtor") in the above-referenced chapter 11 case, filed the *Declaration of Kary Knapp in Support of the Debtor's Omnibus Objection to Certain Claims filed Pursuant to 11 U.S.C. § 557* (Doc. 429) and *Debtor's Omnibus Objection to Certain Claims Filed Pursuant to 11 U.S.C. § 557 Procedures* (Doc. 430) (the "Omnibus Objection") with the Bankruptcy Court, setting forth objections to your claim and seeking the disallowance of part or all of your claim.

3. **YOUR RIGHTS AND CLAM(S) MAY BE AFFECTED AS A RESULT OF THE OMNIBUS OBJECTION.** You should carefully read this Notice, the Omnibus Objection (and its Exhibits), and the Scheduling Order and discuss them with your attorney or representative. If you do not have any attorney, you may with to consult one.

4. The Omnibus Objection seeks the entry of an order disallowing certain Objected Claims as set forth in Exhibits A through N of the Omnibus Objection.

5. A hearing to to consider the Omnibus Objection (the "Hearing") is scheduled to be held on **April 14, 2026, at 10:00 a.m., Central Time.**

6. If you oppose the relief sought in the Objection and are unable to resolve the opposition with the Debtor before the **Response Deadline of March 24, 2026** (the "Response Deadline"), you must, by the Response Deadline, file a written response or resistance to the Omnibus Objection ("Response") with the United States Bankruptcy Court for the District of Nebraska, Roman L. Hruska Courthouse, 111 South 18th Plaza, Suite 1125, Omaha, Nebraska 68102 and serve it upon: (i) counsel to Debtor, Koley Jessen P.C., L.L.O., 1125 S. 103rd Street, Suite 800, Omaha, Nebraska, Attn: Brian J. Koenig, Donald L. Swanson and Trevor J Lee; (ii) the U.S. Trustee, Office of the United States Trustee, 111 South 18th Plaza, Suite 1148, Omaha NE 68102, and (iii) any other party designated by the Bankruptcy Court.

4921-6454-3123.5

7. If you or your designated attorney or representative do not timely file and serve a Response, the Bankruptcy Court may enter an order granting the relief requested in the Omnibus Objection, without further notice or opportunity to be heard. **If you do not oppose the relief sought in the Omnibus Objection, then you are not required to file and serve any Response or appear at the Hearing.**

DATED this 3rd day of March, 2026.

HANSEN-MUELLER CO., Debtor,

By: /s/Brian J. Koenig

Brian J. Koenig, #23807
Donald L. Swanson, #16385
Trevor J Lee, #27063
KOLEY JESSEN P.C., L.L.O.
1125 South 103rd Street, Suite 800
Omaha, NE 68124
(402) 390-9500
(402) 390-9005 (fax)
Brian.Koenig@koleyjessen.com
Don.Swanson@koleyjessen.com
Trevor.Lee@koleyjessen.com

4921-6454-3123.5