| | | |
|---|---|---|
| IN RE: | ) | Case No. 25-81226-TLS |
| | ) | |
| HANSEN-MEULLER CO., | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF NOTICE AND PLEADINGS

COMES NOW, the Louisiana Department of Agriculture and Forestry; the Minnesota Department of Agriculture; the Missouri Department of Agriculture, and the South Dakota Public Utilities Commission, Grain Warehouse Program,[1] and hereby gives notice of their appearance in the above styled bankruptcy case pursuant to Bankruptcy Rule 9010 by and through the undersigned counsel:

Abigail Rushing Ryan
Bankruptcy Counsel
National Association of Attorneys General
1850 M Street NW, 12th Floor
Washington, D.C. 20036
aryan@naag.org

The NAAG Client States respectfully request that their counsel be served with copies of all notices and other documents issued by the Clerk of the Court and all other pleadings and notices to parties in interest filed by Debtor, the Creditors' Committee, or any other interested parties in this case, including disclosure statements and/or schedules, in accordance with Bankruptcy Rules 2002, 3017, 9013, and any other Bankruptcy Rules or local rules governing notice.

---

[1] Collectively the "NAAG Client States."

Date: March 13, 2026, Respectfully Submitted,

**/s/ Abigail R. Ryan**
ABIGAIL R. RYAN (TX Bar. No. 24035956)
Bankruptcy Counsel
National Association of Attorneys General
1850 M Street NW, 12th Floor
Washington, D.C. 20036
Telephone: 202-326-6000, Ext. 258
Email: aryan@naag.org

COUNSEL FOR:

THE LOUISIANA DEPARTMENT OF AGRICULTURE AND FORESTRY

THE MINNESOTA DEPARTMENT OF AGRICULTURE

THE MISSOURI DEPARTMENT OF AGRICULTURE

THE SOUTH DAKOTA PUBLIC UTILITIES COMMISSION, GRAIN WAREHOUSE PROGRAM

## CERTIFICATE OF SERVICE

I certify that on March 13, 2026, the foregoing *Notice of Appearance* was filed with the Clerk of the Bankruptcy Court using the CM/ECF system.

**/s/ Abigail R. Ryan**
ABIGAIL R. RYAN
BANKRUPTCY COUNSEL